**Motion Granted; Abatement Order filed September 30, 2021**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-20-00733-CV**
_____

**RELIABILITY INCORPORATED MASLOW MEDIA GROUP, INC. NICK TSAHALIS, AND MARK SPECK, Appellants**

**V.**

**JUDOS TRUST, IGLY TRUST, FEDERAL SYSTEMS, NAVEEN DOKI, SHIRISHI JANUMPALLY, KALYAN PATHURI, PHAKIR DOKI, SRIDHAR BADAM, MADHAVI DOKI, SILVIJA VALLERU, AND SURESH DOKI, Appellees**

**On Appeal from the 55th District Court
Harris County, Texas
Trial Court Cause No. 2020-13437**

## ABATEMENT ORDER

Appellants have filed an unopposed motion to stay this appeal pending the completion of arbitration proceedings in Maryland, involving all parties to this appeal. We construe the motion as a request to abate this appeal until the Maryland arbitration is complete and as such, the motion is granted.

The appeal is abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion.

PER CURIAM

Panel Consists of Chief Justice Christopher and Justices Hassan and Poissant.